# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>NATIONWIDE JANITORIAL SERVICES, INC.,<br><br>Respondent. | Case No. Misc. 18-96- ODW (MRWx)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the EEOC's application for enforcement of its administrative subpoena is GRANTED. Respondent Nationwide Janitorial Services is ORDERED to comply in full with the subpoena within 21 days.

DATE: September 20, 2018

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE